No. 02–1662.  LOEWENSTEIN ET AL. v. CITY OF LAFAYETTE, CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 02–1677.  VOLKSWAGEN OF AMERICA, INC., ET AL. v. TRULL ET AL.  C. A. 1st Cir.  Motion of Product Liability Advisory Council, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  JUSTICE SOUTER took no part in the consideration or decision of this motion and this petition.

No. 02–1680.  CIGNA CORP. ET AL. v. LEODORI.  Sup. Ct. N. J.  Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 02–1692.  MOORE ET AL. v. HANNON FOOD SERVICE, INC., ET AL.  C. A. 5th Cir.  Motion of petitioners to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 02–1711.  CINCINNATI SMSA LIMITED PARTNERSHIP v. PUBLIC UTILITIES COMMISSION OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1723.  ANDERSON, WARDEN v. DEPEW.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 02–1732.  COLORADO v. WOLDT ET AL.  Sup. Ct. Colo.  Motions of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 02–1765.  ALLEN v. HOWMEDICA LEIBINGER, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.